**Below is the Order of the Court.**

_(signature)_

**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 17-12065-TWD |
| CARMELYN M BRODIE AND LEO C BRODIE, | CHAPTER NO. 13 |
| Debtors. | ORDER FOR RELIEF FROM AUTOMATIC STAY |

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of TOYOTA LEASE TRUST and its successors and assigns (hereinafter "Movant"), by its attorneys Robinson Tait, P.S., for an Order terminating the automatic stay and requiring surrender of the vehicle to Movant came on for hearing pursuant to notice. Timely notice of the motion was given to the all parties entitled to notice herein; and the Court finding that no objections or exceptions have been served or filed to Movant's Motion for Relief;

IT IS HEREBY ORDERED, that effective immediately the automatic stay is terminated to permit Movant to take any and all actions necessary to repossess and to sell the following described personal property and apply the proceeds to Movant's debt:

        VIN: JTMBFREV6FJ049402
        Make: 2015 Toyota

ORDER FOR RELIEF FROM STAY - 1
60423-01292-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle WA 98164
( 2 0 6 )  6 7 6 - 9 6 4 0

Model: RAV4

IT IS FURTHER ORDERED that this order shall be effective immediately notwithstanding provisions of Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) providing otherwise;

IT IS FURTHER ORDERED that this order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted.

///End of Order///

Presented by:

/s/Lisa McMahon-Myhran
Lisa McMahon-Myhran, WSB #27559
ROBINSON TAIT, P.S.
Attorneys for TOYOTA LEASE TRUST and its successors and assigns
successors and assigns

ORDER FOR RELIEF FROM STAY - 2
60423-01292-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
**901 Fifth Avenue, Suite 400**
**Seattle WA 98164**
**( 2 0 6 ) 6 7 6 - 9 6 4 0**

Case 17-12065-TWD    Doc 54    Filed 01/12/18    Ent. 01/12/18 14:05:30    Pg. 2 of 2