Entered on Docket January 18, 2018

**Submitted But Not Entered.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Judge**

**Service on the co-debtor was deficient.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **In Re:** | ) **CASE NO. 17-12065-TWD** |
| | ) **CHAPTER 13** |
| LEO C BRODIE | ) |
| CARMELYN M BRODIE | ) |
| | ) **ORDER GRANTING RELIEF FROM CO-** |
| | ) **DEBTOR STAY** |
| **Debtors.** | ) |
| MERLITO TABAQUERO | ) |
| | ) |
| **Non-filing Co-Debtor.** | ) |

HONDA LEASE TRUST LSR ("Creditor") has filed herein a Motion for Relief From The Co-Debtor Stay. The Court has considered the motion and any opposition thereto and orders as follows:

1. The stay should be lifted and is herewith terminated as to the below Property, and Creditor is therefore entitled to foreclose on

ORDER GRANTING RELIEF – 1

**Submitted But Not Entered.**

and/or take possession and control along with the right to liquidate the Property described herein and post the proceeds from the liquidation of the Property to the outstanding balance of the Agreement:

    2015 Honda Accord

    Vehicle Identification Number: 1HGCR2F85FA006795

2. This Order Granting Relief From Stay shall be effective immediately and shall not be subject to the amended provisions of Bankruptcy Rule 4001(a)(3).

3. Any proceeds received from liquidation of the Property that is in excess of the balance on the Agreement shall be turned over to the Trustee.

The Court, being duly advised, hereby orders that the relief sought by the application should be granted and Movant is hereby granted relief from stay to foreclose on and liquidate the Property described herein.

/// END OF ORDER ///

Presented by:

/s/ Robert Scott Kennard
_____
Robert Scott Kennard
State Bar No. 43371
NELSON & KENNARD
2180 Harvard Street, Ste. 160 (95815)
P.O. Box 13807
Sacramento, CA 95853
Telephone: (916) 920-2295
Facsimile: (916) 920-0682
File No. 17-34901-0

Attorney for Creditor
HONDA LEASE TRUST LSR