Entered on Docket March 16, 2018

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | IN CHAPTER 13 PROCEEDING NO. 17-12065-TWD |
| LEO C BRODIE and | |
| CARMELYN M BRODIE, | AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE |
| Debtor(s). | |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 61). Based on the agreement of the parties, it is

ORDERED that:

1) The debtors are required to make the plan payment each month for the six-month period beginning April 2018;

2) If the debtors fail to make any plan payment during the six-month period, the Trustee may submit an *ex parte* order dismissing this case after sending electronic mail notice to debtors' counsel at quithran@comcast.net ten (10) days prior to the submission of the order;

3) This order does not excuse any plan payment delinquency; and

4) This order does not affect the rights of creditors or parties in interest under the terms of the debtor's plan.

/ / /End of Order/ / /

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Approved:

*/s/ David Kubat* [approved via email]
David Kubat, WSBA #14994
Attorney for Debtor(s)

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 17-12065-TWD    Doc 65    Filed 03/16/18    Ent. 03/16/18 15:07:11    Pg. 2 of 2