The Honorable Timothy W. Dore
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

Leo C. Brodie and Carmelyn M. Brodie,

Debtor.

No. 17-12065-TWD

Chapter 13

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Leo C. Brodie and Carmelyn M. Brodie ("Debtors"), hereby terminates her attorney representation with David A. Kubat of the Law Office of David A, Kubat, and substitutes in Christina L Henry of Henry & DeGraaff, P.S. as their attorney of record.

YOU ARE FURTHER NOTICED THAT Henry & DeGraaff, PS, located at 150 Nickerson St, Ste 311, Seattle, WA 98109, tel# 206-330-0595 has been substituted as *attorney of record for the* Debtor.

COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS herein, except original process, shall be served upon the substituted counsel, Christina Henry of Henry & DeGraaff, P.S. This withdrawal and substitution will be effective as of November 6th 2018.

DATED this 6th day of November 2018.

LAW OFFICE OF DAVID A. KUBAT

_____
David A. Kubat, WSBA# 14994
Withdrawing Attorney

HENRY & DeGRAAFF, P.S.

By /s/ Christina L. Henry
Christina L. Henry, WSBA# 31273
Substituting as Attorney of Record

Client Approval for Withdrawal and Substitution:

_____
Leo C. Brodie, Debtor

_____
Carmelyn M. Brodie, Joint Debtor

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

HENRY & DeGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 17-12065-TWD    Doc 68    Filed 11/14/18    Ent. 11/14/18 10:13:45    Pg. 1 of 1